# Court of Appeals
# of the State of Georgia

ATLANTA, __June 11, 2025__

*The Court of Appeals hereby passes the following order:*

## A25E0133. KAREN PRICE v. URAL GLANVILLE, CHIEF JUDGE OF SUPERIOR COURT OF FULTON COUNTY.

Following a purported illegal eviction from her property, Karen Price, acting pro se, has filed an "Emergency Petition for Writ of Mandamus and Prohibition" to, among other things: (i) prohibit Superior Court of Fulton County Chief Judge Ural Glanville from any involvement in Price's cases; (ii) compel an impartial administrative panel to assume exclusive responsibility for determining appropriate venue and judge assignments in Price's cases; (iii) immediately restore possession of the property from which she was evicted; and (iv) immediately return an abandoned vehicle owned by a third person. This Court's original mandamus jurisdiction under Court of Appeals Rule 40 (c) "is narrow and will be exercised sparingly." Upon consideration of Price's petition, it is hereby DENIED. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV; Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/11/2025__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*